USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAIDLAW & COMPANY (UK) LTD.,

    Petitioner,

v.

JOHN MICHAEL MARINACCIO,

    Respondent.

No. 19-CV-5246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Before the Court is Petitioner's motion to stay a second arbitration filed by Defendant John Michael Marinaccio. In connection with its motion to stay, Petitioner has also filed a proposed Order to Show Cause, which seeks a "preliminary injunction permanently staying" that arbitration proceeding. The Court does not intend to act on Petitioner's motion or proposed Order to Show Cause until Defendant has been served with these papers, and has had the opportunity to respond. Petitioner shall thus advise the Court of when Defendant is served by filing proof of service on the docket, and at the same time, shall advise the Court of the anticipated schedule of the underlying second arbitration. To the extent that Petitioner believes it will be prejudiced by the Court proceeding in this manner, Petitioner shall file a letter detailing its position as to prejudice, together with the relevant legal authority on which it relies.

SO ORDERED.

Dated: February 5, 2020
       New York, New York

Ronnie Abrams
United States District Judge