| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 4-17-20 |

LAIDLAW & COMPANY (UK) LTD.,

                Petitioner,

v.

JOHN MICHAEL MARINACCIO,

                Respondent.

No. 19-CV-5246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the COVID-19 crisis, the Court will hold the hearing in this case scheduled for April 24, 2020 at 12:30 p.m. by telephone. The parties shall use the dial-in information provided below to call in to the conference:

      Call-in Number: (888) 363-4749
      Access Code: 1015508

Counsel should also review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Date: April 17, 2020
      New York, New York

                                                 RONNIE ABRAMS
                                                 United States District Judge