UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAIDLAW & COMPANY (UK) LTD.,

                        Petitioner,

                v.

JOHN MICHAEL MARINACCIO,

                        Respondent.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-22-20

No. 19-CV-5246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than **3:00 p.m.** on Thursday, April 23, 2020, Petitioner Laidlaw & Company (UK) Ltd. shall file a brief letter addressing whether its motion to stay the second arbitration filed by Respondent John Michael Marinaccio, *see* Dkts. 22-23, is moot in light of the Court's March 10, 2020 Opinion & Order confirming the Award from the first arbitration.  In its letter, Laidlaw shall also: (1) clarify the relief that it is now seeking; and (2) provide the legal authority—particularly from this Circuit—demonstrating that this Court has jurisdiction over the second arbitration.

SO ORDERED.

Date:  April 22, 2020
          New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge