UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAIDLAW & COMPANY (UK) LTD.,

                  Petitioner,

v.

JOHN MICHAEL MARINACCIO,

                  Respondent.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-27-20

No. 19-CV-5246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at the conference on April 24, 2020, Petitioner Laidlaw & Company (UK) Ltd.'s motion to stay, or for a permanent injunction enjoining the second arbitration, is denied. The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 22 and 23, and close this case.

SO ORDERED.

Date: April 27, 2020
      New York, New York

_____
RONNIE ABRAMS
United States District Judge